UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFRY NOLL,<br><br>           Plaintiff,<br><br>v.<br><br>RJM ACQUISITION, LLC,<br><br>           Defendant. | Case No.: 1:14-cv-05370-JBS-KMW<br><br>**NOTICE OF SETTLEMENT**<br>**REQUEST FOR DISMISSAL** |

      COMES NOW Plaintiff JEFFERY NOLL, by and through his attorney of record, David P. Force, Esq., hereby notifies the Court that the parties have reached a settlement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant has failed to serve an answer, motion for summary judgment, or otherwise appear in the above captioned action, Plaintiff requests this Court grant a dismissal with prejudice.

Date: September 8, 2014          By: _s/ David P. Force_____
                                                      David P. Force, Esq.
                                                      Attorney for Plaintiff

                                                      Law Offices of Michael Lupolover, P.C.
                                                      180 Sylvan Avenue, 2nd Floor
                                                      Englewood Cliffs, NJ 07632
                                                      (T) 201-461-0059
                                                      (F) 201-608-7116
                                                      david@lupoloverlaw.com